UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NANTUCKET WINE & FOOD FESTIVAL, LLC and NANCY BEAN,<br><br>                    Plaintiffs,<br><br>v.<br><br>GORDON COMPANIES, INC. d/b/a THE NANTUCKET FOOD AND WINE EXPERIENCE, DAVID GORDON, WHITE ELEPHANT HOTEL, LLC and TODD GOLDBERG<br><br>                    Defendants. | Civil Action No. 1:24-cv-11640-LTS |

# DEFENDANTS' RESPONSE TO COURT ORDER CONCERNING DEFENDANTS' PROPOSED EXPEDITED DISCOVERY TOPICS

In accordance with the Court's Electronic Order entered September 13, 2024, the Defendants submit the following list of proposed topics for their expedited discovery:

1. Communications between Plaintiffs and any third party concerning Defendants' statements about the acquisition of The Nantucket Wine & Food Festival, LLC, the relationship between the Gordon Companies and White Elephant, or quotes about the White Elephant's continuing role, including all statements made by Plaintiffs or Plaintiffs' counsel to the press and to business partners, vendors, and associates of the Nantucket Wine & Food Festival, LLC.

2. Communications concerning Plaintiffs' efforts to address the confusion allegedly caused by Defendants' statements at issue in this litigation.

3. Any agreements between Plaintiffs and any third party concerning the 2025 Nantucket Wine & Food Festival.

4. Documents and Communications concerning any petitions or surveys, including without limitation, the "petition to understand the public support for their event" identified in Paragraph 18 of Attorney Pollack's Declaration (Document 39) and the 'pilot survey' identified in Paragraph 20 of Attorney Pollack's Declaration (Document 39).

5. Documents and Communications concerning Plaintiffs' applications to register any purported trademarks, registrations of any purported trademarks, and enforcement of any purported trademarks against third parties.

6. Documents and Communications concerning the actions taken by Plaintiffs in connection with the 2025 Nantucket Wine & Food Festival.

              Respectfully Submitted,

              GORDON COMPANIES, INC. d/b/a THE
              NANTUCKET FOOD AND WINE
              EXPERIENCE and DAVID GORDON,

              By their Attorneys,

Dated: September 18, 2024       */s/ Alissa L Poynor*
              Dennis E. McKenna, BBO No. 556428
              Alissa L. Poynor, BBO No. 664077
              Riemer & Braunstein LLP
              100 Cambridge St, 22nd Floor
              Boston, Massachusetts 02114
              (617) 880-3454
              dmckenna@riemerlaw.com
              apoynor@riemerlaw.com


              */s/ Michael R. Reinemann*
              Michael R. Reinemann Esq. (BBO #556808)
              CESARI AND MCKENNA LLP
              One Liberty Square, Suite 310
              Boston, MA 02109
              Telephone: (617) 951-2500
              mrr@c-m.com

              WHITE ELEPHANT HOTEL LLC
              By its attorneys,

              */s Derek B. Domian*
              Derek B. Domian, Esq. (BBO #660568)
              Andrew T. O'Connor, Esq. (BBO #664811)
              Molly M. Quinn, Esq. (BBO #696720)
              GOULSTON & STORRS PC
              One Post Office Square
              Boston, MA 02109
              Telephone: (617) 574-6568
              ddomian@goulstonstorrs.com
              aoconnor@goulstonstorrs.com
              mquinn@goulstonstorrs.com

<u>CERTIFICATE OF SERVICE</u>

      I, Alissa L. Poynor, Esquire, hereby certify that on this 18th day of September, 2024, I caused a true and accurate copy of the foregoing document to be served by email upon the following:  Barry S. Pollack, Esquire, bpollack@psdfirm.com, Mary L. Nguyen, Esquire, mnguyen@psdfirm.com, Pollack Solomon Duffy LLP, 31 St. James Ave., Suite 940, Boston, MA  02116; and Scott Douglas Burke, Esquire, sburke@morrisonmahoney.com, Morrison Mahoney LLP, 250 Summer Street, Boston, MA  02110-1181.

                                                      */s/ Alissa L Poynor*
                                                   Alissa L. Poynor

4089994.2