UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NANTUCKET WINE & FOOD FESTIVAL, LLC, and NANCY BEAN,<br><br>Plaintiffs,<br><br>v.<br><br>GORDON COMPANIES, INC. d/b/a THE NANTUCKET FOOD AND WINE EXPERIENCE, DAVID GORDON, WHITE ELEPHANT HOTEL LLC, and TODD GOLDBERG,<br><br>Defendants. | )<br>)<br>)<br>)  Civil Action No. 1:24-cv-11640-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Nancy Bean and The Nantucket

Wine & Food Festival, LLC hereby dismisses the claims against Defendant White Elephant

Hotel LLC with prejudice pursuant to the terms of a Settlement Agreement among them, each

party to bear its own attorneys' fees and costs. Plaintiffs maintain their claims against all other

co-Defendants.

NANCY BEAN AND THE NANTUCKET
WINE & FOOD FESTIVAL, LLC,

By their attorney,

*/s/Peter J. Duffy*
Peter J. Duffy (BBO #566682)
Barry S. Pollack (BBO #642064)
Mary L. Nguyen (BBO #690395)
Pollack Solomon Duffy LLP
31 St. James Ave., Suite 940
Boston, MA 02116
Tel: 617-439-9800
Fax: 617-960-0490
pduffy@psdfirm.com

**CERTIFICATE OF SERVICE**

I, Peter J. Duffy, hereby certify that on this 14th day of November, 2024, I served the attached Notice of Dismissal on all parties through the court's Electronic Case Filing system (ECF).

/s/ Peter J. Duffy