nantucket wine food

All · Images · Shopping · News · Maps · Forums · Videos · More · Tools

Results for **Back Bay East, Boston** · **Choose area**

### Nantucket Wine & Food Festival
https://nantucketwinefestival.com

**Nantucket Wine Festival**

Thank you **Nantucket** for another amazing **Wine & Food** Festival! See you in 2025! · Sign Up For Our Newsletter.

**Events**
Schedule of Events · Filter Events By: · Clear All Filters ...

**About**
When the first vintners arrived to the island and bottles were ...

**Participants**
Nantucket Wine & Food Festival · Marika Vida-Arnold. The Yale ...

**Wineries**
Each year, Nantucket Wine & Food features a carefully curated ...

**Restaurants**
Event Filter · Angélica Cocina Maestra Mendoza, Argentina ...

More results from nantucketwinefestival.com »

### foodandwinenantucket.com
https://foodandwinenantucket.com

**Nantucket Food and Wine Experience Happens May 14-** ...

The **Food & Wine** Experience is a five-day celebration featuring the world's top vineyards and culinary minds on the picturesque island of **Nantucket**.

Instagram · nantucketwineandfood
8.7K+ followers

**Nantucket Wine & Food (@nantucketwineandfood)**

8709 Followers, 2411 Following, 348 Posts - **Nantucket Wine & Food** (@nantucketwineandfood) on Instagram: "One Island - Five Days - 50+ Events SAVE THE DATE!

## Places



## Nantucket Wine & Food

The Nantucket Wine & Food Festival takes place ever Spring on the island of Nantucket come celebrate our 26th anniversary! Summarized from the website ›

nantucketwinefestival.com

4.6/5 Facebook | 100% APIVoid

Customer service email: info@nwfest.net

### Profiles

Instagram · Facebook · X (Twitter) · LinkedIn



More places →

### Nantucket Wine & Food Festival 2024
The Copley Group Nantucket
https://www.thecopleygroupnantucket.com › festivals

The festival will take place May 15-19, 2024 at White Elephant in historic downtown **Nantucket**. Taste from more than 600 different **wines** from 150 prestigious ...

### People also ask

What food is Nantucket known for?

What to wear to Nantucket Wine Festival?

Does Nantucket have a winery?

Feedback

### Nantucket Wine & Food Festival
Facebook · Nantucket Wine & Food Festival
6.8K+ followers

Extravagant pairings, global tastings, deep dives into French **wine**, a full day of rosé, and so much more...there's something for every **wine** lover at this year's ...

4.6 (34)

### Nantucket Wine & Food Festival
The Nantucket Hotel
https://www.thenantuckethotel.com › signature-experiences

We're honored to partner with **Nantucket Wine** & **Food** for this annual celebration. Stay with us and enjoy walking distance to all of the main events.

### Chefs, Along With An Online Petition, Back...
Nantucket Current
https://nantucketcurrent.com › News

"The **Nantucket Wine** & **Food** Festival is more than an event – it's a testament to Nancy's life's work and our island's spirit. We stand united in ...

### People also search for

Nantucket wine food menu

Nantucket Wine Festival 2024 tickets



1  2  3  4  5  6  7  8  9  10       Next

**Back Bay East, Boston, MA** - From your device - Update location

Help      Send feedback      Privacy      Terms