UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE NANTUCKET WINE & FOOD FESTIVAL, LLC, and NANCY BEAN,<br><br>Plaintiffs,<br><br>v.<br><br>GORDON COMPANIES, INC. d/b/a THE NANTUCKET FOOD AND WINE EXPERIENCE, DAVID GORDON, and TODD GOLDBERG,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-11640-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' ASSENTED-TO MOTION TO SEAL PLAINTIFFS'
REPLY TO THE GORDON PARTIES' SUPPLEMENTAL OPPOSITION
TO THE MOTION FOR A PRELIMINARY INJUNCTION**

With the assent of Defendants, Plaintiffs The Nantucket Wine & Food Festival, LLC, and Nancy Bean ("Plaintiffs") respectfully move to seal their Reply to the Gordon Parties' Supplemental Opposition to the Motion for a Preliminary Injunction, which was inadvertently filed in this instance on November 14, 2024, as ECF No. 91.

This Court previously entered an Electronic Order (ECF No. 65) on October 21, 2024, approving a stipulated protective order which requires the treatment of deposition materials as confidential for 30 days following the deposition, until confidentiality designations are finalized. Plaintiffs' Reply (ECF No. 91) references a matter discussed during a deposition of a party, which remains within the 30-day confidentiality period. Plaintiffs note that attached Exhibits A and B (ECF Nos. 91-1 and 91-2) are not subject to sealing and may remain accessible on the public docket.

Defendants' assent to sealing arises from prior discussions among counsel leading into the supplemental briefing, during which the parties mutually agreed to file under seal any confidential matters referenced in filings.

WHEREFORE, for these reasons, and with the assent of Defendants as stated above, Plaintiffs respectfully request that the Court grant this motion and allow Plaintiffs' Reply (ECF No. 91) to the Gordon Parties' Supplemental Opposition to be filed under seal, while allowing Exhibits A and B (ECF Nos. 91-1 and 91-2) to remain publicly accessible.

Dated: November 14, 2024

Respectfully submitted,

PLAINTIFFS THE NANTUCKET WINE & FOOD FESTIVAL, LLC, AND NANCY BEAN
By their attorneys,

*/s/Peter J Duffy*
Barry S. Pollack (BBO #642064)
Mary L. Nguyen (BBO #690395)
Peter Duffy (BBO #566682)
Pollack Solomon Duffy LLP
31 St. James Ave., Suite 940
Boston, MA 02116
Tel:  617-439-9800
Fax: 617-960-0490
bpollack@psdfirm.com
mnguyen@psdfirm.com
pduffy@psdfirm.com

### Certificate of Service

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF November 14, 2024.

*/s/Peter J. Duffy*