UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE NANTUCKET WINE & FOOD FESTIVAL, LLC, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 24-11640-LTS |
| GORDON COMPANIES, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

PRELIMINARY INJUNCTION ORDER

December 12, 2024

For the reasons stated in its Memorandum & Order of December 13, 2024, Doc. No. 97, the Court hereby enters the following order, pending resolution of this matter:

1. Defendants Gordon Companies, Inc., and David Gordon shall make corrective disclosures over the same forms of press releases and emails by which they announced that they "acquired" Plaintiffs' festival, that they "rebranded" it, that they would "continue" the "long-running" event, or that their event was "previously known as" the Nantucket Wine & Food Festival, namely by sending the following corrective disclosure to each and every recipient to which they sent the Industry Email, the Customer Email, the Media Release, and the Industry Release, as those terms are defined in the Court's Memorandum & Order:

> Pursuant to an Order of the U.S. District Court for the District of Massachusetts dated December 13, 2024, the Gordon Companies hereby discloses that, in June of 2024, the Gordon Companies sent out press releases and emails stating or suggesting that the Gordon Companies had acquired and rebranded the Nantucket Wine & Food Festival under new management. There was never any acquisition, rebranding, or new management of the Nantucket Wine & Food Festival. Any similar event previously announced by the Gordon Companies bears no relation to the Nantucket Wine & Food Festival. The long-running Nantucket Wine & Food

Festival continues to operate. As previously announced by the Nantucket Wine & Food Festival, the annual tradition will continue May 14 – 18, 2025, under the leadership of its longtime Executive Director Nancy Bean. For more information, please visit www.nantucketwinefestival.com.

2.      Defendants shall post the same corrective disclosure in large (at least size 14-point) bold font on the home pages of the websites at nantucketfoodandwine.com and foodandwinenantucket.com, with the reference to www.nantucketwinefestival.com at the end of the disclosures hyperlinked to the website at that domain name.  Each page shall contain no other texts or links, except that each may, if Defendants wish, include, separately and below the corrective disclosure, the following message: "For Gordon's Fine Wines & Liquors, see www.gordonswine.com."

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge

2