UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE NANTUCKET WINE & FOOD
FESTIVAL, LLC and NANCY BEAN,
    Plaintiffs,

v.

GORDON COMPANIES, INC., d/b/a THE
NANTUCKET FOOD AND WINE EXPERIENCE,
DAVID GORDON, GORDON EVENT
SERVICES LLC, and TODD GOLDBERG,
    Defendants.

CIVIL ACTION
NO. 24-11640-LTS

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE **LEO T. SOROKIN**

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On  02/25/2025 , I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
     X   MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were present and represented by counsel.

The case was:

[ X ]   Settled. Your clerk should enter a **90-day** order of dismissal.

[ ]   There was progress made, and the mediation efforts will continue.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:
_____.
_____.

  02/28/2025                                                     /s/ Judith G. Dein
    DATE                                                       U.S. Magistrate Judge