# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| The Nantucket Wine & Food Festival, LLC et al )<br>  Plaintiff, )<br>v. )<br>Gordon Companies, Inc et al )<br>  Defendant. ) | Civil Action No.<br>1:24-cv-11640-LTS |

## 90 DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER

SOROKIN, J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 90 days if settlement is not consummated.

By the Court,

Date: 3/3/2025

/s/ Samantha Dore
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel