UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NANTUCKET WINE & FOOD FESTIVAL, LLC, and NANCY BEAN,<br><br>Plaintiffs,<br><br>v.<br><br>GORDON COMPANIES, INC. d/b/a THE NANTUCKET FOOD AND WINE EXPERIENCE, DAVID GORDON, GORDON EVENT SERVICES LLC, and TODD GOLDBERG,<br><br>Defendants. | Civil Action No.: 1:24-cv-11640-LTS |

**STIPULATION OF DISMISSAL**

Plaintiffs The Nantucket Wine & Food Festival, LLC and Nancy Bean, and Defendants Gordon Companies, Inc. d/b/a The Nantucket Food and Wine Experience, David Gordon, Gordon Event Services LLC, and Todd Goldberg (each a "Party" and, collectively, the "Parties"), hereby stipulate to the dismissal *with prejudice* of all claims, counterclaims, and causes of action asserted in this action, pursuant to their settlement. Nothing herein is intended to limit in any way the finality of either the resolution among the Parties to this action or the *res judicata* effect among them.

Each Party shall bear its own attorneys' fees and costs.

Respectfully submitted,

Plaintiffs The Nantucket Wine & Food Festival, LLC,
and Nancy Bean
By their attorneys:

*/s/ Barry S. Pollack*
Barry S. Pollack (BBO #642064)
Peter J. Duffy (BBO #566682)
Mary L. Nguyen (BBO #690395)
Pollack Solomon Duffy LLP
31 St. James Ave., Suite 940
Boston, MA 02116
Telephone: (617) 439-9800
bpollack@psdfirm.com
pduffy@psdfirm.com
mnguyen@psdfirm.com


Defendants Gordon Companies, Inc., Gordon
Event Services LLC and David Gordon
By their attorneys,

*/s/ Dennis E. McKenna*
Dennis E. McKenna, BBO No. 556428
Alissa L. Poynor, BBO No. 664077
Riemer & Braunstein LLP
100 Cambridge St, 22nd Floor
Boston, Massachusetts 02114
(617) 880-3454
dmckenna@riemerlaw.com
apoynor@riemerlaw.com


Defendant Todd Goldberg
By his attorney:

*/s/ Scott Douglas Burke*
Scott Douglas Burke, BBO #551255
sburke@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
Fax: 617-342-4937

4350098.2